# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re Application for** | : | **Misc. Number:** |
| **Immunity Order for** | : | **Judge Emmet G. Sullivan** |
| **Nilley Wazne** | : | **Under Seal** |
| | | **Ex Parte** |

## GOVERNMENT'S EX PARTE APPLICATION FOR IMMUNITY ORDER

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully requests that the Court accept for filing ex parte the attached Application for Court Order to Compel Testimony.  In support of this motion the government submits that the Application contains information about a potential government witness which need not become public unless and until that witness actually asserts her Fifth Amendment privilege on the witness stand.  The procedures set forth in 18 U.S.C. § 6001 et seq. allow the government and the Court to anticipate the assertion of a privilege by the witness by obtaining the immunity order in advance of the witness's testimony, and by implication, therefore, permit the ex parte procedures requested herein.

        Respectfully submitted,

        VINCENT H. COHEN, JR.
        Acting United States Attorney


By: _____
        Frederick W. Yette, DC Bar 385 391
        Maia L. Miller, VA Bar 73221
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 252-7733 (Yette)
        Frederick.Yette@usdoj.gov